Case 1:24-cv-05607-ALC   Document 14   Filed 11/08/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIZANUR RAHMAN,

           Plaintiff,

v.

SUSAN DIBBINS, Acting Chief, Office of Administrative Appeals, United States Citizenship and Immigration Services, *et al.*,

           Defendants.

No. 24 Civ. 5607 (ALC)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, plaintiff Mizanur Rahman filed this action on July 24, 2024, seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to take action on a Motion To Reopen and Reconsider the denial of his Petition for Special Immigrant Juvenile Status (Form I-360); and

WHEREAS, USCIS has issued a Notice of Intent to Deny the Motion to Reopen and Reconsider the denial of the Form I-360; now, therefore,

IT IS STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      October __, 2024

SHOLLA LAW FIRM

By: _____
PATRICK CASTON CRAWLEY, ESQ.
150 Broadway, Suite 901
New York, New York 10038
Telephone: (212) 680-4636
E-mail: pcrowley@shollalawfirm.com
*Attorney for Plaintiff*

Dated: New York, New York
      October 30, 2024

DAMIAN WILLIAMS
United States Attorney

By: *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2024
New York, New York